RECEIVED
IN MONROE, LA
JUL 18 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DONNA OSBORNE MCKENZIE | * | CIVIL ACTION NO. 08-0308 |
| VERSUS | * | JUDGE JAMES |
| EOG RESOURCES INC., ET AL. | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motion to dismiss for lack of personal jurisdiction filed by defendant, Mark B. Papa [Doc. # 31] be, and it is hereby **GRANTED,** and that plaintiff, Donna Osborne McKenzie's claims against said defendant be **DISMISSED, without prejudice.** Fed.R.Civ.P. 12(b)(2).

IT IS FURTHER ORDERED that the motion to dismiss for lack of personal jurisdiction and/or for failure to state a claim upon which relief can be granted [Doc. # 9] filed by defendant, Mark B. Papa, be, and it is hereby **DENIED,** as moot.

THUS DONE AND SIGNED this 18 day of July, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE