RECEIVED
IN MONROE, LA
AUG 27 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONNA OSBORNE MCKENZIE | CIVIL ACTION NO. 08-0308 |
| VERSUS | JUDGE ROBERT G. JAMES |
| EOG RESOURCES INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

On July 18, 2008, this Court issued a Memorandum Order [Doc. No. 46] affirming the May 7, 2008 Order of Magistrate Judge Karen L. Hayes and ordering that Plaintiff serve her siblings and file proof of service in the record within thirty (30) days.

On August 4, 2008, Plaintiff filed a motion for reconsideration of the Court's July 18, 2008 Order [Doc. No. 48].

On August 7, 2008, the Court denied Plaintiff's motion for reconsideration.

Rather than comply with the Court's July 18, 2008 Order, Plaintiff filed a Notice of Appeal [Doc. No. 51] on August 13, 2008, although there is no final judgment in this matter.

Despite the Court's orders, Plaintiff has neither served her siblings nor filed proof of service in the record. Accordingly, the Court finds that Plaintiff's lawsuit should be dismissed without prejudice for failure to comply with the orders of Court.

MONROE, LOUISIANA, this 27 day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE